# NEW CRIMINAL CASE COVER SHEET

**U. S. DISTRICT COURT**

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES ◉ NO  **DOCKET NUMBER:** 3:22-CR- 311-KDB

If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)

**CASE NAME** : US vs ERIC EUGENE ALLEN, ET. AL.

**COUNTY OF OFFENSE** : Gaston

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : 3 Arrest Warrants (2 Writs forthcoming)

**U.S.C. CITATIONS** (Mark offense carrying greatest weight): ◯ Petty  ◯ Misdemeanor  ◉ Felony

21 U.S.C. § 841(a)(1), 21 U.S.C. § 846, 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(c) and 18 U.S.C. § 2

**JUVENILE:** ◯ Yes  ◉ No

**ASSISTANT U. S. ATTORNEY** : Warren, Matthew

**VICTIM/WITNESS COORDINATORS:** Squires, Demetra

**INTERPRETER NEEDED** : N/A

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:** 2 defs in State custody and 1 not in custody.

(Maintain form in the Attorney Work Product folder / purge before archiving )